**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**ESTHER SALAS**<br>UNITED STATES DISTRICT JUDGE | MARTIN LUTHER KING<br>COURTHOUSE<br>50 WALNUT ST.<br>ROOM 5076<br>NEWARK, NJ 07101<br>973-297-4887 |

August 19, 2016

**LETTER ORDER**

**Re:** *Skoblar v. Ulto*
**Civil Action No. 15-6069 (ES) (JAD)**

Dear Counsel:

On July 19, 2016, the Clerk of Court entered default against Defendant Melissa Ulto. (D.E. dated 07/19/2016). On July 20, 2016, the Court issued a Letter Order outlining the factors Plaintiff should address in a motion for default judgment. (D.E. No. 21). On August 18, 2016, Plaintiff filed a motion for default judgment. (D.E. No. 23). However, the motion did not comport with the Court's July 20, 2016 Letter Order—the five-page brief in support of the motion only presented argument as to service, whether a sufficient cause of action was stated, and damages. In short, Plaintiff's submission does not address the factors the Court ordered Plaintiff to address in the Court's July 20, 2016 Letter Order. (D.E. No. 21).

Accordingly, the Court denies Plaintiff's motion for default judgment, (D.E. No. 23), and orders Plaintiff to refile the motion for default judgment within thirty days of the date of this Letter Order. The refiled motion for default judgment shall include a letter-brief (no more than seven pages) that specifically addresses the factors outlined in the Court's July 20, 2016 Letter Order. In addition to the letter brief, Plaintiff may submit any documentation and certifications in support of the motion.

**SO ORDERED.**

*s/Esther Salas*
**Esther Salas, U.S.D.J.**